# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Chris Cinkaj** | : | Case No.: 15-18186 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| Movant, | : | August 9, 2016 at 01:00 p.m. |
| vs | : | |
| | : | Place of Hearing |
| **Chris Cinkaj** | : | |
| | : | U.S. Bankruptcy Court |
| **William C. Miller** | : | 900 Market Street |
| Respondents | : | Philadelphia, PA 19107 |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Nationstar Mortgage LLC has filed a Notice of Motion with the Court to permit Nationstar Mortgage LLC and Debtor to modify the loan on the real property at 827 Hulmeville Road, Langhorne, PA 19047.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 4, 2016, you or your attorney must do **ALL** of the following:

    A.  File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B.  Mail a copy to the Creditor's attorney and the below listed:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

16-003305_SCS2

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on August 9, 2016 at 01:00 p.m. in 201, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: 7/18/2016

16-003305_SCS2