**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CHRIS CINKAJ | : | |
| Debtor | : | Bky. No. 15-18186 ELF |

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 67) filed by Nationstar Mortgage LLC ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, any proof of claim previously filed by the **LENDER** is **DISALLOWED**.

**Date: August 11, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　ERIC L. FRANK
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE