United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chris Cinkaj  
    Debtor

Case No. 15-18186-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 26, 2016  
Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.  
db      +Chris Cinkaj,    827 Hulmeville Road,    Langhorne, PA 19047-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:

     CLAYTON W. DAVIDSON    on behalf of Creditor    PeoplesBank, A Codorus Valley Company cdavidson@mwn.com, nwelch@mwn.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     KARINA VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com  
     KARINA VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
     PAUL A.R. STEWART    on behalf of Debtor Chris Cinkaj pstewart@legalhelm.com, jurisabnelson@gmail.com  
     PAUL A.R. STEWART    on behalf of Plaintiff Chris Cinkaj pstewart@legalhelm.com, jurisabnelson@gmail.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Chris Cinkaj
      Debtor(s)

Chapter: 13

Bankruptcy No: 15−18186−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 25th day of October, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Eric L. Frank
                                                        Chief Judge ,
                                                        United States Bankruptcy Court

                                                                                     89 − 82
                                                                                    Form 155