United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-18186-elf
Chris Cinkaj                                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                 Date Rcvd: Dec 13, 2018
                               Form ID: 138NEW         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db             +Chris Cinkaj,    827 Hulmeville Road,     Langhorne, PA 19047-2756
cr             +PeoplesBank, A Codorus Valley Company,    105 Leader Heights Road,    York, PA 17403-5137
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13636226      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville TX 75067)
13636227       +Specialized Loan Svcing,    8742 Lucent Blvd Ste 300,    Highlands Ranch CO 80129-2386
13723343       +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13662987       +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
14041804       +Wells Fargo Payment Remittance Center,    PO BOX 51174,    Los Angeles, CA 90051-5474
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:45     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:14     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13644687        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13805181        E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2018 03:13:53     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13708459*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                 PO Box 619096,    Dallas TX 75261-9741)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
              CLAYTON W. DAVIDSON    on behalf of Creditor    PeoplesBank, A Codorus Valley Company
               cdavidson@mwn.com, nwelch@mwn.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KARINA VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              PAUL A.R. STEWART    on behalf of Plaintiff Chris  Cinkaj pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              PAUL A.R. STEWART    on behalf of Debtor Chris  Cinkaj pstewart@legalhelm.com,
               jurisabnelson@gmail.com
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2             Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

        TOTAL: 11

Case 15-18186-elf    Doc 102    Filed 12/15/18    Entered 12/16/18 01:02:50    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Chris Cinkaj
      Debtor(s)     Bankruptcy No: 15−18186−elf
           Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 12/13/18

        101 − 99
        Form 138_new